# Court of Appeals
# of the State of Georgia

ATLANTA,__July 03, 2012____

*The Court of Appeals hereby passes the following order:*

**A12A2105. ANTHONY R. HUDSON v. SHELIA SANDERS a/k/a SHELIA WYNN.**

Anthony R. Hudson filed this direct appeal from a twelve-month protective order entered in an action brought under the Family Violence Act, OCGA § 19-13-1 et seq. Appeals of such orders, however, must be made by application for discretionary appeal. *Schmidt v. Schmidt*, 270 Ga. 461 (510 SE2d 810) (1999). Because Hudson failed to follow the proper appellate procedure here, his appeal is DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta, 07/03/2012_____
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*


_____, *Clerk.*